2025-1289

# United States Court of Appeals for the Federal Circuit

EPIC SYSTEMS CORP.,

                              Plaintiff-Appellee,

v.

DECAPOLIS SYSTEMS, LLC,

                              Defendant-Appellant,

*Appeal from the United States District Court for the Southern District of Florida in case no.: 9:22-cv-80173-DMM Judge Donald M. Middlebrooks*

## JOINT STIPULATION OF DISMISSAL

Appellant Decapolis Systems, LLC hereby seeks to voluntarily dismiss Appeal No. 25-1289 of its own accord without any payment or other commitment from Appellee Epic Systems Corp. ("Epic"). Each party is to bear its own costs, expenses and attorneys' fees. Epic consents to such dismissal.

The Parties respectfully request that the Clerk dismiss this appeal with prejudice pursuant to FRAP 42(b)(1).

October 10, 2025

*/s/ Randall Garteiser*
Randall Garteiser
rgarteiser@ghiplaw.com
(415) 568-0553
Christopher A. Honea
chonea@ghiplaw.com
(918) 510-5375
M. Scott Fuller
sfuller@ghiplaw.com
(214) 729-6548
**GARTEISER HONEA PLLC**
119 West Ferguson Street
Tyler, Texas 75702
Main Telephone: (415) 785-3762
Facsimile: (415) 785-3805

*Attorneys for Defendant-Appellant*
DECAPOLIS SYSTEMS LLC

*/s/ Matthew J. Duchemin*
kristin.noel@quarles.com
Matthew J. Duchemin
matthew.duchemin@quarles.com
Bryce A. Loken
bryce.loken@quarles.com
**QUARLES & BRADY LLP**
33 East Main St., Suite 900
Madison, Wisconsin 53703
Tel. (608) 251-5000
Fax (608) 251-9166
Counsel for Plaintiff-Appellee
EPIC SYSTEMS CORPORATION

# **CERTIFICATE OF INTEREST**

The undersigned counsel for the Plaintiff-Appellant certifies the following, pursuant to Federal Circuit Rule 47.4:

(i)     The full name of every entity represented by me in this case is:

      Decapolis Systems, LLC

(ii)    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

      N/A

(iii)   All parent corporations and any publicly held companies that own 10 percent or more of the stock of the entity represented by me are:

      N/A

(iv)   The names of all law firms, partners, and associates that have not entered an appearance in the appeal, and (A) appeared for the entity in the lower tribunal; or (B) are expected to appear for the entity in this court, are:

      **GARTEISER HONEA, PLLC**
      Michael Scott Fuller
      Christopher A. Honea
      Randall T. Garteiser
      René Vazquez

      **MARK J. KESTEN, P.L.**
      Mark J. Kesten

(v)  Other than the originating case number(s), the title and number of any cases known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.

    None.

Date: October 10, 2025       */s/ Randall Garteiser*
                                                           Randall Garteiser

**CERTIFICATE OF COMPLIANCE**

      This Notice complies with the type-volume limitation of Federal Circuit Rule 32(b). This Notice contains 44 words, excluding those portions exempted by Federal Circuit Rules. This Notice has been prepared in a proportionally spaced typeface using Microsoft Office Word 14-point Times New Roman font.

                                                   */s/ Randall Garteiser*
                                                   Randall Garteiser

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 10, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                   */s/ Randall Garteiser*
                                                   Randall Garteiser