NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EPIC SYSTEMS CORPORATION,**
*Plaintiff-Appellee*

v.

**DECAPOLIS SYSTEMS, LLC,**
*Defendant-Appellant*

---

2025-1289

---

Appeal from the United States District Court for the Southern District of Florida in No. 9:22-cv-80173-DMM, Judge Donald M. Middlebrooks.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

October 14, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** October 14, 2025